et al., and American Salvage Association et al. for leave to file briefs as *amici curiae* granted. Certiorari denied. ▉

No. 11–8470. DORSEY *v.* LOUISIANA. Sup. Ct. La. Motion of Louisiana Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied. ▉

No. 11–9086. STONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–768. MEHDI *v.* UNITED STATES, 565 U. S. 1200;

No. 11–7246. GUZMAN *v.* McQUIGGIN, WARDEN, 565 U. S. 1161;

No. 11–7640. BARRIOS, AKA RINCON-HERNANDEZ *v.* UNITED STATES, 565 U. S. 1136;

No. 11–7662. BURKLEY *v.* CALIFORNIA, 565 U. S. 1207; and

No. 11–8103. IN RE BALZAROTTI, 565 U. S. 1177. Petitions for rehearing denied.

No. 11–7063. RUTH *v.* UNITED STATES, 565 U. S. 1122. Motion for leave to file petition for rehearing denied.

APRIL 12, 2012

No. 11–9752 (11A954). IN RE GORE. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 11–9751 (11A953). GORE *v.* FLORIDA. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. ▉

APRIL 13, 2012

No. 11A975. WORKMAN, WARDEN *v.* ALLEN. Application to vacate stay of execution entered by the United States District Court for the Western District of Oklahoma, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied.